

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00689-CR

Derrick Wayne **HUNT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10485
The Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA.

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to assess court costs in the amount of $334 and to delete any assessment for attorney's fees. The trial court's judgment is AFFIRMED AS MODIFIED.

SIGNED May 28, 2014.

Catherine Stone, Chief Justice